§ 2255 Rules                     Form 1

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District **BOSTON MASSACHUSETTS** |
|---|---|
| Name (under which you were convicted):<br>**DARIO RIVERA** | Docket or Case No.:<br>**1:97CR10137-002** |
| Place of Confinement:<br>**ALLENWOOD LOW INSTITITION** | Prisoner No.: **05 - 11728 WGY**<br>**21547-038** |
| UNITED STATES OF AMERICA | Movant (include name under which you were convicted) |
| v. | **DARIO RIVERA** |

MAGISTRATE JUDGE RBC

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging: __**BOSTON MASSACHUSETTS**__

   (b) Criminal docket or case number (if you know): __1:97CR10137-002__

2. (a) Date of judgment of conviction(if you know): _____
   (b) Date of sentencing: __**01-20-98**__

3. Length of sentence: __**121 MONTHS**__

4. Nature of crime (all counts): __**VIOLATION OF 21 USC 846**__
   _____
   _____
   _____

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   _____X_____
   _____X_____
   _____X_____

6. If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐      Judge only ☐

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
   Yes ☐   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☐   No ☒

**649**

Form 1                          § 2255 Rules

(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?
    Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____

_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

_____
(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____
_____

GROUND TWO: ~~THE PETITIONER CRIMINAL HISTORY CATEGORY~~ CALCULATION OVERSTATES ~~THE HISTORY, COUNSELOR WAS INEFFECTIVE SINCE NEVER CORRECT~~ AND ARGUE 3POINTS
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
~~ENHANCEMENT IN AN ACT OF OVER REPRESENTATION OF PETITIONER~~ SENTENCE

~~SEE ATTACH BRIEF~~
_____
_____

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☐
    (2) If you did not raise this issue in your direct appeal, explain why: _

_____

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?      Yes ☐   No ☐
    (2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition _____
Name and location of the court where the motion or petition was filed:

_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____

_____
(3) Did you receive a hearing on your motion, petition, or application?
    Yes ☐   No ☐
(4) Did you appeal from the denial of your motion, petition, or application?
    Yes ☐   No ☐

Form 1                        **§ 2255 Rules**

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your petition.* _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Therefore, movant asks that the Court grant the following relief: _____

_____

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____(month, date, year).

Executed (signed) on **MAY 15,2005** (date).

X _____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255 provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of—

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

§ 2255 Rules                                      Form 1

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in
the appeal?
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____
_____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did
not appeal or raise this issue: _____
_____
_____
_____

**GROUND THREE:** _____
_____
(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.):
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this
   issue?
      Yes ☐   No ☐
   (2) If you did not raise this issue in your direct appeal, explain why: _
   _____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition or
   application?        Yes ☐   No ☐
   (2) If your answer to Question (c)(1) is "Yes," state:
   Type of motion or petition _____
   Name and location of the court where the motion or petition was filed:
   _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available: _____
   _____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☐
   (4) Did you appeal from the denial of your motion, petition, or applica-
   tion?
      Yes ☐   No ☐
   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in
   the appeal?
      Yes ☐   No ☐

**653**

Form 1                                    § 2255 Rules

(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____
_____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did
not appeal or raise this issue: _____
_____
_____
_____

## GROUND FOUR: _____
_____
(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.):
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**
(1) If you appealed from the judgment of conviction, did you raise this
issue?
   Yes ☐   No ☐
(2) If you did not raise this issue in your direct appeal, explain why: _
_____

(c) **Post-Conviction Proceedings:**
(1) Did you raise this issue in any post-conviction motion, petition or
application?        Yes ☐   No ☐
(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition _____
Name and location of the court where the motion or petition was filed:
_____
Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available: _____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐   No ☐
(4) Did you appeal from the denial of your motion, petition, or applica-
tion?
   Yes ☐   No ☐
(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in
the appeal?
   Yes ☐   No ☐
(6) If your answer to Question (c)(4) is "Yes," state:
Name and location of the court where the appeal was filed: _____
_____
Docket or case number (if you know): _____
Date of the court's decision: _____

§ 2255 Rules                                                          Form 1

Result (attach a copy of the court's opinion or order, if available: _____
_____

(7) If your answer to Question (c)(4) or (c)(5) is "No," explain why you did
not appeal or raise this issue: _____
_____
_____

13. Is there any ground in this motion that you have <u>not</u> previously
presented in some federal court?
If so, which groung or grounds have not been presented, and state your
reasons for not presenting them: _____
_____
_____

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not
decided    yet)    in    any    court    for    the    judgment    you    are
challenging?    Yes ☐    No ☐
If "Yes," state the name and location of the court, the docket or case
number, the type of proceeding, and the issues raised. _____
_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented
you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____
(b) At arraignment and plea: _____
(c) At trial: _____
(d) At sentencing: _____
(e) On appeal: _____
(f) In any post-conviction proceeding: _____
(g) On appeal from any ruling against you in a post-conviction proceed-
ing: _____
_____

16. Were you sentenced on more than one count of an indictment, or on
more  than  one  indictment,  in  the  same  court  and  at  the  same
time?    Yes ☐    No ☐

17. Do you have any future sentence to serve after you complete the
sentence for the judgment that you are challenging?    Yes ☐    No ☐
(a) If so, give name and location of court that imposed the other
sentence you will serve in the future: _____
(b) Give the date the other sentence was imposed: _____
(c) Give the length of the other sentence: _____
(d) Have you filed, or do you plan to file, any motion, petition, or
application that challenges the judgment or sentence to be served in the
future?    Yes ☐    No ☐

**655**

Form 1                              § 2255 Rules

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____
   _____
   _____
   _____
   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?
       Yes ☐  No ☐
       If yes, answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised: _____
       _____
       _____
       _____

10. Other than the direct appeals listed above, have you previously filed any
    other motions, petitions, or applications concerning this judgment of
    conviction in any court?
        Yes ☐  No ☐
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of proceeding: _____
        (5) Grounds raised: _____
        _____
        _____
        _____
        _____
        _____

        (6) Did you receive a hearing where evidence was given on your
        motion,    petition, or application?  Yes ☐  No ☐
        (7) Result: _____
        (8) Date of result (if you know): _____
    (b) If you filed any second motion, petition, or application, give the same
    information:
        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of proceeding: _____

§ 2255 Rules                                    Form 1

(5) Grounds raised: _____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion,    petition, or application?   Yes ☐  No ☐
(7) Result: _____
(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
　　(1) First petition:       Yes ☐   No ☐
　　(2) Second petition:    Yes ☐   No ☐
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: _____
_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** ____ COUNSELOR FAILED TO ARGUE THE PETITIONER'S INELIGIBILITY FOR MINIMUM SECURITY CONFINEMENT DRUG PROGRAM AND THE PRE-RELEASE CUSTODY
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): __ THIS ARE MITIGATING FACTOR THAT SHOULD BE CONSIDRED FOR TWO (2) POINT DOWNWARD DEPARTURE. _____
_____
_____
_____
_____

(b) **Direct Appeal of Ground One:**
　　(1) If you appealed from the judgment of conviction, did you raise this issue?
　　　　Yes ☐   No ☐
　　(2) If you did not raise this issue in your direct appeal, explain why: _
_____

(c) **Post-Conviction Proceedings:**
　　(1) Did you raise this issue in any post-conviction motion, petition, or application?       Yes ☐   No ☐
　　(2) If your answer to Question (c)(1) is "Yes," state:
　　Type of motion or petition _____
　　Name and location of the court where the motion or petition was filed:
_____
　　Docket or case number (if you know): _____
　　Date of the court's decision: _____
　　Result (attach a copy of the court's opinion or order, if available: _____
_____

　　(3) Did you receive a hearing on your motion, petition, or application?
　　　　Yes ☐   No ☐

**651**