§ 2255 Rules                                  Form 1

IN FORMA PAUPERIS DECLARATION

<u>DISTRICT COURT OF BOSTON MASSACHUSETTS</u>
[Insert appropriate court]

| United States | DECLARATION IN SUPPORT |
|---|---|
| v. | OF REQUEST |
|  | TO PROCEED |
| <u>DARIO RIVERA</u> | IN FORMA PAUPERIS |
| (Movant) |  |

I, _____, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   _____X_____
   _____X_____
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   _____X_____
   _____X_____

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes ☐   No ☒
   b. Rent payments, interest or dividends?              Yes ☐   No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐   No ☒
   d. Gifts or inheritances?                             Yes ☐   No ☒
   e. Any other sources?                                 Yes ☐   No ☒

   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _____
   _____X_____

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. _____
   _____XXXXXXXXXXX_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No XXX
   If the answer is "yes," describe the property and state its approximate value. _____XXXXXXXXXXXXXXXXXXX_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. _____XXXXXXXX_____

Form 1                              **§ 2255 Rules**

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on MAY 15 (date).

                                                    _____
                                                         Signature of Movant

                            CERTIFICATE

I hereby certify that the movant herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined.
I further certify that petitioner likewise has the following securities to his credit according to the records of said _____ institution: _____
_____

                                                    _____
                                                    Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

658